**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ RODRIGUEZ,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>GIGI MATTESON,<br><br>　　　　　　　Respondent. | Case No. 5:21-01213 FWS (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety with prejudice.

DATED: September 29, 2022

_____
THE HONORABLE FRED W. SLAUGHTER
United States District Judge